## Adams *against* Smith and Parmeter.

Where the
sheriff sold
property on a
*fi. fa.* against
the defendants
and endorsed
the amount of
sales upon the
execution;
but the pro-
perty turned
out to belong
to a third per-
son, who re-
covered its
value in an
action against
the sheriff and
the plaintiff
jointly; the
court ordered
the endorse-
ment stricken
out, and that
an alias *fi. fa.*
should issue
for the whole.

The sheriff had sold certain personal property on a *fi. fa.* in this cause; and endorsed the amount of sales upon it as received. Afterwards, it turned out that the property did not belong to the defendants, or either of them, and the value of the property was recovered by the owner, in an action against the sheriff and the plaintiff jointly.

A motion was now made, to strike out the endorsement; and for leave to issue a *fi. fa.* for the whole amount of the judgment.

*P. L. Tracy,* for the motion.

*R. Beach,* contra.

*Curia.* The motion must be granted.

Motion granted.